UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES | |
| Plaintiff, | |
| -against- | – 08-MJ-01697 |
| AAFIA SIDDIQUI | |
| Defendant. | |

--------------------------------------------------------------x

## NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____ Elizabeth M. Fink _____

☒  *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        EF 1635 _____

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐  *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my
        appearance was entered on _____ by Judge _____
        _____.

☒  *Address:*    36 Plaza Street, Suite 1G, Brooklyn, NY 11238 ____

☒  *Telephone Number:*    718-783-3682 _____

☒  *Fax Number:*    718-783-5853 _____

☒  *E-Mail Address:*    atticuslex@aol.com _____

Dated: __08/25/08__    *Elizabeth M. Fink*